1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWIN R. RODRIGUEZ AND MARY LOU M. RODRIGUEZ, | Case No.: 2:10-cv-02121-MCE-DAD |
| Plaintiffs, | Hon:  Morrison C. England, Jr. |
| vs. | **ORDER GRANTING DEFENDANT DEUTSCHE BANK AS TRUSTEE'S REQUEST TO APPEAR TELEPHONICALLY AT ITS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, FCI LENDER SERVICES, INC., DSL SERVICE COMPANY, and DOES 1-100 inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS FO RECORD:**

Defendant Deutsche Bank National Trust Company, as trustee for the registered holders of DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2, ("Defendant") Request to Appear Telephonically at the hearing on its Motion to Dismiss Plaintiffs' First Amended Complaint is hereby granted.

///

///

///

1

PDF created with pdfFactory trial version www.pdffactory.com

1    Counsel is strongly cautioned that any future request(s) for a telephonic appearance in

2    lieu of a personal appearance which occurs the day before the hearing will be summarily rejected

3    as being untimely.  A more appropriate time to make such a request is at least one (1) week prior

4    to any scheduled hearing.

5    **IT IS SO ORDERED.**

6    DATED: September 29, 2010

7

8                                                    MORRISON C. ENGLAND, JR
                                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2